## NOT DESIGNATED FOR PUBLICATION

George Andrew Veazey
Huval, Veazey, etc
P. O. Box 80948
Lafayette LA 70598-0948

John Ellison
Anderson, Kill & Olick
1600 Market Street, Ste 2500
Philadelphia PA 19103

Raleigh Newman
Attorney at Law
1830 Hodges St.
Lake Charles LA 70601

Nick Insua
Anderson, Kill & Olick
1600 Market St., Ste 2500
Philadelphia PA 19103

**REHEARING ACTION: November 28, 2007**

**Docket Number: 07   00622-CW**

**IN RE: EDC CONTRACTOR INSURANCE LITIGATION**

**Writ Application from Calcasieu Parish Case No. 98-1984**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. J. David Painter**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **ConocoPhillips Company** has this day been

   **DENIED.**

cc: William James Kelly  III, Counsel for  the Respondent
    Elizabeth A. Roussel, Counsel for  the Respondent
    Sheila R. Caudle, Counsel for  the Respondent
    Donald Cole Massey, Counsel for  the Respondent
    Ralph Shelton Hubbard  III, Counsel for  the Respondent
    Seth Andrew Schmeeckle Esq., Counsel for  the Respondent
    Celeste D. Elliott, Counsel for  the Respondent
    Todd Michael Ammons, Counsel for  the Respondent
    Joseph L. McReynolds, Counsel for  the Respondent
    Samuel Bryan Gabb, Counsel for  the Respondent
    Raymond Peter Ward, Counsel for  the Respondent
    John William Hite  III, Counsel for the Applicant
    Susan G. Guillot, Counsel for the Applicant

Melvin Alan Eiden, Counsel for  the Respondent
Joseph Ziemianski, Counsel for  the Respondent
Richard W. Bryan, Counsel for  the Respondent
Chris Ferragamo, Counsel for  the Respondent
Erin McConagle, Counsel for  the Respondent
Erin Fury Parkinson, Counsel for  the Respondent
Marshall Joseph Simien  Jr., Counsel for  the Respondent
Joanna Nelson, Counsel for  the Respondent
Margaret Diamond, Counsel for  the Respondent
Erin McGonagle, Counsel for  the Respondent
Pamela J. Lormand, Counsel for  the Respondent
A. J. Gray  III, Counsel for  the Respondent
Anna R. Gray, Counsel for  the Respondent
Michael J. Vondenstein, Counsel for  the Respondent
Timothy Patrick Farrelly, Counsel for  the Respondent
Marian Therese Harrison, Counsel for  the Respondent
Arthur W. Landry, Counsel for  the Respondent
Daneen Fitzpatrick Berres, Counsel for  the Respondent
James Pinderski, Counsel for  the Respondent
James J. Hautot  Jr., Counsel for  the Respondent
Charles R. Talley, Counsel for  the Respondent
William T. McCall, Counsel for  the Respondent
Gregory Edgar Bodin, Counsel for  the Respondent
John Hatch Hughes, Counsel for  the Respondent
Lourdes Estevez Martinez, Counsel for  the Respondent
Kelly Cambre Bogart, Counsel for  the Respondent
Daniel James Caruso, Counsel for  the Respondent
Louis Simon  II, Counsel for  the Respondent
Brandon W. Letulier, Counsel for  the Respondent
Brian Allen Homza, Counsel for  the Respondent
Lisa C. Cronin, Counsel for  the Respondent
Joseph C. Giglio, III, Counsel for  the Respondent
W. Gerald Gaudet, Counsel for  the Respondent
Daniel Anthony Rees, Counsel for  the Respondent
John Powers Wolff III, Counsel for  the Respondent
Tori S. Bowling, Counsel for  the Respondent
Nancy Brehm Gilbert, Counsel for  the Respondent
Daniel Aubry Ranson, Counsel for  the Respondent
Glenn D. Price, Jr., Counsel for  the Respondent
James Michael Garner, Counsel for  the Respondent
Joshua Simon Force, Counsel for  the Respondent
Peter L. Hilbert  Jr., Counsel for  the Respondent
Katherine Marie Loos, Counsel for  the Respondent
B. Scott Cowart, Counsel for  the Respondent
Keith Joseph Landry, Counsel for  the Respondent